IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00076-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FERNANDO MUNOZ-AVALOS,

      Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

      It is **ORDERED** that sentencing is re-set for **September 23, 2010 at 1:30 p.m.**
Sentencing motions shall be due two weeks before the rescheduled sentencing
hearing.

      DATED July 9, 2010.